7969. PIKE BROTHERS LUMBER COMPANY *v.* JACKSON.

WADE, C. J.  1.  The evidence sufficiently supports the verdict.

2. Under the particular facts of this case, there is no such substantial merit in any of the assignments of error in the bill of exceptions or in the motion for a new trial as would require the grant of a new trial.

*Judgment affirmed. George and Luke, JJ., concur.*

DECIDED JULY 23, 1917.

Action for damages; from city court of LaGrange—Judge Harwell.   October 25, 1916.

*A. H. Thompson, E. T. Moon,* for plaintiff in error.
*Hill & Wright, Hatton Lovejoy,* contra.